■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GREEN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Deeley, J.), rendered October 29, 1984, convicting him of attempted robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed (see, People v Whitmore, 123 AD2d 336). Niehoff, J. P., Rubin, Lawrence and Sullivan, JJ., concur.